UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: Joseph Charles Schwantes | § | Case No. 9:10-bk-20573-BSS |
| Pamela Jeanne Schwantes | § | |
| | § | |
| Debtors | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Jon M Waage, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/26/2010.

2) The plan was confirmed on 06/09/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 06/12/2012.

6) Number of months from filing or conversion to last payment: 20.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $211,157.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 2,730.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| NET RECEIPTS | | $ 2,730.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 94.01 | |
| Other | $ 0.00 | |
| TOTAL EXPENSES OF ADMINISTRATION | | $ 1,594.01 |
| Attorney fees paid and disclosed by debtor: | $ 1,500.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BAC HOME LOANS SERVICING | Sec | 169,791.00 | NA | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING | Sec | 39,835.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Sec | 2,972.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Sec | 2,972.00 | NA | NA | 0.00 | 0.00 |
| KeyBank | Sec | 92,182.00 | 49,900.00 | 49,900.00 | 0.00 | 0.00 |
| KeyBank | Uns | 0.00 | 42,415.07 | 42,415.07 | 135.00 | 0.00 |
| LBPS CHASE | Sec | 298,000.00 | NA | NA | 0.00 | 0.00 |
| VW CREDIT | Sec | 24,974.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Uns | 0.00 | 14,733.59 | 14,733.59 | 46.89 | 0.00 |
| Discover Bank | Uns | 0.00 | 16,988.62 | 16,988.62 | 54.07 | 0.00 |
| Department Stores Nat'l Bank/Macy's | Uns | 0.00 | 1,189.13 | 1,189.13 | 3.78 | 0.00 |
| Fia Card Services | Uns | 0.00 | 16,978.36 | 16,978.36 | 54.04 | 0.00 |
| Fia Card Services | Uns | 0.00 | 13,267.73 | 13,267.73 | 42.23 | 0.00 |
| PRA Receivables Mgmt., LLC | Uns | 0.00 | 4,882.62 | 4,882.62 | 15.54 | 0.00 |
| eCast Settlement Corporation | Uns | 0.00 | 17,160.28 | 17,160.28 | 54.61 | 0.00 |
| Regions Bank | Uns | 0.00 | 40,834.19 | 40,834.19 | 129.96 | 0.00 |
| Sallie Mae ECFC | Uns | 0.00 | 17,968.22 | 17,968.22 | 57.19 | 0.00 |
| Sallie Mae Trust | Uns | 0.00 | 85,840.39 | 85,840.39 | 273.20 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| Sallie Mae ECFC | Uns | 0.00 | 40,845.74 | 40,845.74 | 130.00 | 0.00 |
| Becket & Lee, LLP | Uns | 0.00 | 3,256.46 | 3,256.46 | 10.37 | 0.00 |
| Portfolio Recovery Assoc. | Uns | 0.00 | 1,632.67 | 1,632.67 | 5.20 | 0.00 |
| Portfolio Recovery Assoc. | Uns | 0.00 | 7,519.12 | 7,519.12 | 23.93 | 0.00 |
| Portfolio Recovery Assoc. | Uns | 0.00 | 1,351.04 | 1,351.04 | 4.30 | 0.00 |
| Portfolio Recovery Assoc. | Uns | 0.00 | 7,571.37 | 7,571.37 | 24.10 | 0.00 |
| Becket & Lee, LLP | Uns | 0.00 | 21,137.18 | 21,137.18 | 67.27 | 0.00 |
| HSBC Bank Nevada | Uns | 0.00 | 1,354.58 | 1,354.58 | 4.31 | 0.00 |
| AMERICAN EXPRESS | Uns | 3,260.56 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Uns | 19,415.02 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Uns | 16,978.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 7,519.00 | NA | NA | 0.00 | 0.00 |
| CHELA | Uns | 46,874.00 | NA | NA | 0.00 | 0.00 |
| CHELA | Uns | 41,032.00 | NA | NA | 0.00 | 0.00 |
| CHELA | Uns | 17,656.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Uns | 7,571.00 | NA | NA | 0.00 | 0.00 |
| COURTYARDS OF THE GROVE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DILLARDS | Uns | 1,351.04 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL | Uns | 16,730.00 | NA | NA | 0.00 | 0.00 |
| FIA CSNA | Uns | 13,267.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JCP | Uns | 1,612.00 | NA | NA | 0.00 | 0.00 |
| WALMART | Uns | 1,186.00 | NA | NA | 0.00 | 0.00 |
| HSBC BEST BUY | Uns | 1,355.00 | NA | NA | 0.00 | 0.00 |
| MACYS | Uns | 1,080.00 | NA | NA | 0.00 | 0.00 |
| MACYS | Uns | 18.00 | NA | NA | 0.00 | 0.00 |
| REGIONS BANK | Uns | 39,885.27 | NA | NA | 0.00 | 0.00 |
| REGIONS BANK | Uns | 3,500.00 | NA | NA | 0.00 | 0.00 |
| STAPLES CREDIT PLAN | Uns | 462.84 | NA | NA | 0.00 | 0.00 |
| UNVL/CITI | Uns | 17,160.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO MC | Uns | 14,476.93 | NA | NA | 0.00 | 0.00 |
| Martin Law Firm PL | Lgl | 0.00 | 3,000.00 | 3,000.00 | 1,500.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 49,900.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 49,900.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 356,926.36 | $ 1,135.99 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 1,594.01 | |
| Disbursements to Creditors | $ 1,135.99 | |
| **TOTAL DISBURSEMENTS:** | | $ 2,730.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 07/03/2012 By: /s/ Jon M Waage
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.