UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| In re: | § | |
| | § | |
| | § | |
| SCHWANTES, JOSEPH CHARLES | § | Case No. 9-10-bk-20573-FMD |
| SCHWANTES, PAMELA JEANNE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 08/26/2010 . The case was converted to one under Chapter 7 on 06/12/2012 . The undersigned trustee was appointed on 06/12/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $        10,973.54

Funds were disbursed in the following amounts:

| | |
| --- | --- |
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 210.45 |
| Bank service fees | 78.99 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 10,684.10 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  10/16/2012  and the deadline for filing governmental claims was  04/16/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,847.35 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,847.35 , for a total compensation of $ 1,847.35 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 84.88 , for total expenses of $ 84.88 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/24/2013          By:/s/DIANE L. JENSEN
                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page: 1

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No.: 10-20573 FMD Judge: Caryl E. Delano
Case Name: SCHWANTES, JOSEPH CHARLES
SCHWANTES, PAMELA JEANNE

For Period Ending: 05/24/13

Trustee Name: DIANE L. JENSEN
Date Filed (f) or Converted (c): 06/12/12 (c)
341(a) Meeting Date: 07/18/12
Claims Bar Date: 10/16/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors' Homestead: 2317 SE 20th Place Cape Coral, | 208,157.00 | 0.00 | | 0.00 | FA |
| 2. 3240 Mary Street, PH2S Miami, FL 33133 (to be surr | 82,670.00 | 0.00 | | 0.00 | FA |
| 3. Cash on hand | 100.00 | 100.00 | | 100.00 | FA |
| Cash on hand | | | | | |
| 4. Regions Bank checking account no. xx2932 | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| Regions Bank checking account no. xx2932 | | | | | |
| 5. Regions Bank money market account no. xx8772 | 800.00 | 800.00 | | 800.00 | FA |
| Regions Bank money market account no. xx8772 | | | | | |
| 6. Household items | 2,195.00 | 2,830.00 | | 2,830.00 | FA |
| Household items | | | | | |
| 7. Misc. items-decorative items | 100.00 | 100.00 | | 100.00 | FA |
| Misc. items | | | | | |
| 8. Misc. clothing | 100.00 | 130.00 | | 130.00 | FA |
| Misc. clothing | | | | | |
| 9. 2 piece gold diamond rings (Appraisal done by Clas | 1,300.00 | 1,300.00 | | 1,300.00 | FA |
| 2 piece gold diamond rings (Appraisal done by Classic Jewelers) | | | | | |
| 10. 2 cameras | 200.00 | 200.00 | | 200.00 | FA |
| 2 cameras | | | | | |
| 11. Florida State Teacher Pension | 0.00 | 0.00 | | 0.00 | FA |
| Florida State Teacher Pension | | | | | |
| 12. 100% interest in Masterpiece Marketing & Media, In | 0.00 | 1,369.26 | | 1,369.26 | FA |
| 13. 2010 Volkswagen New Beetle Convertible - 1,000 Mil | 24,000.00 | 0.00 | | 0.00 | FA |
| 2010 Volkswagen New Beetle Convertible - 1,000 Miles | | | | | |
| 14. 2006 Ford Fusion son's vehicle | 3,712.50 | 3,585.27 | | 2,644.28 | FA |
| 2006 Ford Fusion son's vehicle-half | | | | | |
| 15. 2006 Seaquest 30' Boat and 2 Yamaha outboard engin | 0.00 | 0.00 | | 0.00 | FA |

LFORM1 **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)* Ver: 17.02d

Page:   2

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:    10-20573    FMD    Judge: Caryl E. Delano
Case Name:  SCHWANTES, JOSEPH CHARLES
            SCHWANTES, PAMELA JEANNE

Trustee Name:                        DIANE L. JENSEN
Date Filed (f) or Converted (c):     06/12/12 (c)
341(a) Meeting Date:                 07/18/12
Claims Bar Date:                     10/16/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2006 Seaquest 30' Boat and 2 Yamaha outboard engines (to be surrendered) | | | | | |
| 16. 2 dogs | 10.00 | 10.00 | | 0.00 | FA |
| 2 dogs | | | | | |
| 17. JEWELRY-H (u) | 0.00 | 185.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $324,844.50 | $12,109.53 | | $10,973.54 | |

Gross Value of Remaining Assets

$0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report Filed 5/24/13

Will close as soon as possibleJanuary 21, 2013, 04:15 pm

will close after review of claimsSeptember 24, 2012, 02:40 pm Debtor(s) repurchasing non-exempt assets.  Last payment
due 9/7/12;  Claims expire 10/16/12; August 30, 2012 (SH)

dictated stip to repurchase by Sept 7August 17, 2012, 08:34 am dictated L with Kelley appraisalAugust 06, 2012, 01:39 pm
O/E and Joy LJuly 18, 2012, 02:15 pm

Initial Projected Date of Final Report (TFR): 09/20/13    Current Projected Date of Final Report (TFR): 09/20/13

Page: 1
Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-20573 -FMD
Case Name: SCHWANTES, JOSEPH CHARLES / SCHWANTES, PAMELA JEANNE
Taxpayer ID No: *******4359
For Period Ending: 05/24/13

Trustee Name: DIANE L. JENSEN
Bank Name: Bank of Kansas City
Account Number / CD #: *******4433 Checking Account
Blanket Bond (per case limit): $ 750,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/21/12 | * NOTE * | Joseph C Schwantes #2004292452 | REPURCHASE Order Doc #60 * NOTE * Properties 3, 4, 5, 6, 7, 8, 9, 10, 12, 14 | 1129-000 | 10,973.54 | | 10,973.54 |
| 09/17/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 3.64 | 10,969.90 |
| 09/19/12 | 001001 | READ & KELLEY ESTATE SERVICES ATTN: JOY AUGUSTINE P. O. Box 3111 North Fort Myers, FL 33918 | APPRAISAL FEE per order 8/17/12 invoice 8322 | 3711-000 | | 156.00 | 10,813.90 |
| 10/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 12.10 | 10,801.80 |
| 11/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 12.36 | 10,789.44 |
| 12/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 11.95 | 10,777.49 |
| 12/19/12 | 001002 | PAVESE LAW FIRM | CERT OF SERVICE MAILING EXPENSE 59912.555; per order dated 9/30/11 | 2990-000 | | 54.45 | 10,723.04 |
| 01/16/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 12.32 | 10,710.72 |
| 02/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 12.25 | 10,698.47 |
| 03/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 14.37 | 10,684.10 |

COLUMN TOTALS 10,973.54 289.44
Less: Bank Transfers/CD's 0.00 0.00
Subtotal 10,973.54 289.44
Less: Payments to Debtors 0.00
Net 10,973.54 289.44

NET DEPOSITS NET DISBURSEMENTS
TOTAL - ALL ACCOUNTS
Checking Account - *******4433 10,973.54 289.44

ACCOUNT BALANCE 10,684.10

(Excludes Account) (Excludes Payments)
10,973.54 289.44 10,684.10

Total Funds

Page Subtotals 10,973.54 289.44

UST Form 101-7-TFR (5/1/2011) (Page: 5)
LFORM24
Ver: 17.02d

Page: 2

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-20573 -FMD

Case Name: SCHWANTES, JOSEPH CHARLES
SCHWANTES, PAMELA JEANNE

Taxpayer ID No: *******4359

For Period Ending: 05/24/13

Trustee Name: DIANE L. JENSEN

Bank Name: Bank of Kansas City

Account Number / CD #: *******4433   Checking Account

Blanket Bond (per case limit): $   750,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - *******4433

| | | | | (Transfers) | (To Debtors) | (On Hand) |

| | | Page Subtotals | | 0.00 | 0.00 | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: May 24, 2013

Case Number:  10-20573
Debtor Name:   SCHWANTES, JOSEPH CHARLES

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM 001 3110-00 | DIANE L. JENSEN | Administrative | | $456.00 | $0.00 | $456.00 |
| 000001-2 070 7100-00 | Wells Fargo Bank,N.A. Business Direct Division 100 W, Washington Street 8th Flr Phoenix, AZ 85003 | Unsecured | | $14,686.70 | $0.00 | $14,686.70 |
| 000002 070 7100-00 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $16,934.55 | $0.00 | $16,934.55 |
| 000003 070 7100-00 | Department Stores National Bank/Macys Bankruptcy Processing PO Box 8053 Mason, OH 45040 | Unsecured | | $1,181.57 | $0.00 | $1,181.57 |
| 000004B 070 7100-00 | Keybank NA Attention: Bankruptcy Po Box 94968 Cleveland, OH 44101 | Unsecured | | $42,415.07 | $0.00 | $42,415.07 |
| 000007 070 7100-00 | Fia Card Services, NA As Successor In Interest to Bank of America NA and Mbna America Bank 1000 Samoset Drive DE5-023-03-03 Newark, DE 19713 | Unsecured | | $16,924.32 | $0.00 | $16,924.32 |
| 000008 070 7100-00 | Fia Card Services, NA As Successor In Interest to Bank of America NA and Mbna America Bank 1000 Samoset Drive DE5-023-03-03 Newark, DE 19713 | Unsecured | | $13,225.50 | $0.00 | $13,225.50 |
| 000009 070 7100-00 | Portfolio Recovery Associates POB 41067 Norfolk VA 23541 | Unsecured | | $4,867.08 | $0.00 | $4,867.08 |
| 000010 070 7100-00 | eCAST Settlement Corporation, assignee of Citibank (South Dakota), N.A. POB 29262 New York, NY 10087-9262 | Unsecured | | $17,105.67 | $0.00 | $17,105.67 |
| 000011 070 7100-00 | Regions Bank Post Office Box 10063 Birmingham, Al 35202 | Unsecured | | $40,704.23 | $0.00 | $40,704.23 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number:    10-20573
Debtor Name:    SCHWANTES, JOSEPH CHARLES

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012-2 070 7100-00 | Sallie Mae ECFC c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Unsecured | | $17,911.03 | $0.00 | $17,911.03 |
| 000013 070 7100-00 | Sallie Mae PC Trust c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Unsecured | | $85,567.19 | $0.00 | $85,567.19 |
| 000014 070 7100-00 | Sallie Mae ECFC c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Unsecured | | $40,715.74 | $0.00 | $40,715.74 |
| 000015 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $3,246.09 | $0.00 | $3,246.09 |
| 000016-2 070 7100-00 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured | | $1,627.47 | $0.00 | $1,627.47 |
| 000017-2 070 7100-00 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured | | $7,495.19 | $0.00 | $7,495.19 |
| 000018-2 070 7100-00 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured | | $1,346.74 | $0.00 | $1,346.74 |
| 000019 070 7100-00 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured | | $7,547.27 | $0.00 | $7,547.27 |
| 000021 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $21,069.91 | $0.00 | $21,069.91 |
| 000022 070 7100-00 | Capital One, N.A. c/o Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsecured | | $1,350.27 | $0.00 | $1,350.27 |
| 000004A 050 4120-00 | Keybank NA Attention: Bankruptcy Po Box 94968 Cleveland, OH 44101 | Secured | | $0.00 | $0.00 | $0.00 |
| 000005 050 4210-00 | Ford Motor Credit Company LLC Dept 55953 P O Box 55000 Detroit MI 48255-0953 | Secured | | $0.00 | $0.00 | $0.00 |

EXHIBIT C

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page 3 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 24, 2013 |

Case Number:   10-20573                                    Claim Class Sequence

Debtor Name:   SCHWANTES, JOSEPH CHARLES

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006<br>050<br>4210-00 | Ford Motor Credit Company LLC<br>Dept 55953<br>P O Box 55000<br>Detroit MI 48255-0953 | Secured | | $0.00 | $0.00 | $0.00 |
| 000020<br>050<br>4120-00 | IBM Lender Business Process Services<br>PO Box 4128<br>Beaverton, OR 97076 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $356,377.59 | $0.00 | $356,377.59 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 9-10-bk-20573-FMD
Case Name: SCHWANTES, JOSEPH CHARLES
  SCHWANTES, PAMELA JEANNE
Trustee Name: DIANE L. JENSEN

| | Balance on hand | | | | $ | 10,684.10 |
|---|---|---|---|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004A | Keybank NA | $ 49,900.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | Ford Motor Credit Company LLC | $ 2,600.18 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006 | Ford Motor Credit Company LLC | $ 5,159.17 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000020 | IBM Lender Business Process Services | $ 292,706.54 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 10,684.10 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DIANE L. JENSEN | $ 1,847.35 | $ 0.00 | $ 1,847.35 |
| Trustee Expenses: DIANE L. JENSEN | $ 84.88 | $ 0.00 | $ 84.88 |
| Attorney for Trustee Fees: DIANE L. JENSEN | $ 456.00 | $ 0.00 | $ 456.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,388.23 |
| Remaining Balance | $ | 8,295.87 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 355,921.59  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  2.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001-2 | Wells Fargo Bank,N.A. | $ 14,686.70 | $ 0.00 | $ 342.32 |
| 000002 | Discover Bank | $ 16,934.55 | $ 0.00 | $ 394.71 |
| 000003 | Department Stores National Bank/Macys | $ 1,181.57 | $ 0.00 | $ 27.54 |
| 000004B | Keybank NA | $ 42,415.07 | $ 0.00 | $ 988.62 |
| 000007 | Fia Card Services, NA As Successor In Interest to | $ 16,924.32 | $ 0.00 | $ 394.47 |
| 000008 | Fia Card Services, NA As Successor In Interest to | $ 13,225.50 | $ 0.00 | $ 308.26 |
| 000009 | Portfolio Recovery Associates | $ 4,867.08 | $ 0.00 | $ 113.44 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | eCAST Settlement Corporation, assignee | $ 17,105.67 | $ 0.00 | $ 398.70 |
| 000011 | Regions Bank | $ 40,704.23 | $ 0.00 | $ 948.74 |
| 000012-2 | Sallie Mae ECFC | $ 17,911.03 | $ 0.00 | $ 417.48 |
| 000013 | Sallie Mae PC Trust | $ 85,567.19 | $ 0.00 | $ 1,994.41 |
| 000014 | Sallie Mae ECFC | $ 40,715.74 | $ 0.00 | $ 949.01 |
| 000015 | American Express Bank, FSB | $ 3,246.09 | $ 0.00 | $ 75.66 |
| 000016-2 | Portfolio Recovery Associates, LLC | $ 1,627.47 | $ 0.00 | $ 37.93 |
| 000017-2 | Portfolio Recovery Associates, LLC | $ 7,495.19 | $ 0.00 | $ 174.70 |
| 000018-2 | Portfolio Recovery Associates, LLC | $ 1,346.74 | $ 0.00 | $ 31.39 |
| 000019 | Portfolio Recovery Associates, LLC | $ 7,547.27 | $ 0.00 | $ 175.91 |
| 000021 | American Express Bank, FSB | $ 21,069.91 | $ 0.00 | $ 491.10 |
| 000022 | Capital One, N.A. | $ 1,350.27 | $ 0.00 | $ 31.48 |

Total to be paid to timely general unsecured creditors          $          8,295.87

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE